**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| CHARLES MOWRY, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>THE MEET GROUP, INC., JEAN CLIFTON, GEOFFREY COOK, CHRISTOPHER FRALIC, SPENCER RHODES, KEITH RICHMAN, BEDI SINGH, JASON WHITT<br><br>Defendants. | Case No.: 2:20-cv-02092-CMR<br><br><br><br>**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)** |

Notice is hereby given that, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, plaintiff Charles Mowry ("Plaintiff") voluntarily dismisses this action without prejudice as to both the Plaintiff's individual claims and the claims of the putative class. This notice of dismissal is being filed before service by Defendants of either an answer or a motion for summary judgment. Since no class has been certified and the dismissal is without prejudice as to the members of the putative class, notice of this dismissal is not required. Plaintiff's dismissal of this Action is effective upon filing of this notice.

Dated: July 21, 2020

**BRODSKY & SMITH, LLC**

By:  */s/ Marc L. Ackerman*
Marc L. Ackerman (PA Bar No. 56294)
esmith@brodskysmith.com
Ryan P. Cardona (Pa Bar No. 316350)
rcardona@brodskysmith.com
Two Bala Plaza, Suite 510
Tel: (610) 667-6200
Fax: (610) 667-9029

*Attorneys for Plaintiff*