## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CHARLES MOWRY<br><br>          **Plaintiff,**<br><br>   v.<br><br>THE MEET GROUP, INC. *et al.*<br><br>          **Defendant.** | CIVIL ACTION NO.  20-2092 |

### O R D E R

**AND NOW,** this 22nd day of July 2020, it having been reported that the issues between the parties in the above action have been settled and upon Order of the Court pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure of this Court,  **IT IS ORDERED** that the above action is **DISMISSED** with prejudice, pursuant to agreement of the parties.

**IT IS FURTHER ORDERED** that if the case was placed in civil suspense that the Clerk of Court transfer that case from the civil suspense file to the current docket for final disposition and **CLOSE** the case.

                                                **BY THE COURT:**

                                                **/s/ Cynthia M. Rufe**

                                                **CYNTHIA M. RUFE, J.**